[No. 14755-6-II.   Division Two.   October 19, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. RAYMOND L. LOTTIER, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 90-1-02866-8, Frederick B. Hayes, J., entered February 26, 1991. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Petrich, C.J., and Alexander, J.

[No. 15511-7-II.   Division Two.   October 19, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. LORENZO SALDANA-MENDOZA, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 91-1-00491-6, Don L. McCulloch, J., entered October 31, 1991. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Petrich, C.J., and Seinfeld, J.

[No. 15387-4-II.   Division Two.   October 19, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. RUSSELL CHARLES FRITZ, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 91-1-00733-1, James D. Ladley, J., entered October 10, 1991. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Petrich, C.J., and Seinfeld, J.